IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KAREN YOUNG,

                Plaintiff,

    v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                Defendant.

ORDER

14-cv-7-wmc

Pursuant to a joint stipulation for remand (dkt. #22) filed by the parties on November 7, 2014, IT IS HEREBY ORDERED that this matter is remanded to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). The clerk of court is directed to enter judgment accordingly.

Entered this 12th day of November, 2014.

                BY THE COURT:

                /s/

                _____
                WILLIAM M. CONLEY
                District Judge