IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KAREN YOUKG,

           Plaintiff,                   ORDER

v.                                      14-cv–7-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

           Defendant.

---

Pursuant to the parties joint stipulation for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 and expenses in the amount of $$9,149.81 (dkt. #22), IT IS ORDERED that an award of attorney fees and expenses under the Equal Access to Justice Act is GRANTED; and plaintiff is awarded fees and costs in the amount of $9,149.81.

Entered this 12th day of November, 2014.

                                          BY THE COURT:

                                          /s/

                                          _____
                                          William M. Conley
                                          District Judge