IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KAREN YOUNG,

        Plaintiff,                JUDGMENT IN A CIVIL CASE

    v.                                   Case No. 14-cv-07-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Karen Young remanding this matter to the Commissioner of Social Security for further proceedings pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered awarding plaintiff attorney fees and expenses in the amount of $9,149.81 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

      s/ A. Wiseman, Deputy Clerk            November 17, 2014
      Peter Oppeneer, Clerk of Court                Date